THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

H LODGE LLC, a Washington limited
liability company, individually and on behalf
of others similarly situated,

Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a Wisconsin company,

Defendant.

No. 3:21-cv-05184-BHS

**ORDER GRANTING STIPULATED
MOTION FOR VOLUNTARY
DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL
PROCEDURE 41(a)(1)(A)(ii)**

THIS MATTER came before the Court on the Parties' Stipulated Motion for Voluntary

Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  After having considered

the Parties' Motion,

It is hereby ORDERED that the Parties' Motion is Granted:

This matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party bearing their own costs and fees.

**STIPULATED MOTION FOR VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii) – Page 1
No.: 3:21-cv-05184-BHS**

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

1

DATED this 19th day of September, 2022.

2

3

4

_____
Honorable Benjamin H. Settle
United States District Judge

5

6

Presented By:

7

FOREMAN STURM & THEDE LLP
By: s/ Kyle A. Sturm
By: s/ Nicholas A. Thede
    Kyle A. Sturm, Admitted pro hac vice

8

    Nicholas A. Thede, WSBA #43765
    3519 NE 15th Avenue, #489

9

    Portland, OR 97212
    Phone: (503) 206-5824

10

    kyle.sturm@foremansturm.com
    nick.thede@foremansturm.com

11

12

NICK KAHL LLC

13

By: s/ Nicholas A. Kahl

14

    Nicholas A. Kahl, Admitted pro hac vice
    209 SW Oak Street, Suite 400

15

    Portland, OR 97204
    Phone: (971) 634-0829

16

    nick@nickkahl.com

17

WIGGINS CHILDS PANTAZIS
FISHER GOLDFARB LLC

18

By: s/ Craig Lowell

19

    Craig Lowell, Admitted pro hac vice
    The Kress Building

20

    301 19th Street North
    Birmingham, AL 35203

21

    Phone: (205) 433-7206
    clowell@wigginschilds.com

22

*Attorneys for Plaintiff H Lodge, LLC*

23

24

25

26

**STIPULATED MOTION FOR VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii) – Page 2
No.: 3:21-cv-05184-BHS**

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that a true and correct copy of the foregoing document was served via

3    CM/ECF on the following:

4        James R. Morrison
         BAKER & HOSTETLER LLP
5        999 Third Avenue, Suite 3900
         Seattle, WA 98104-4040
6        Phone: 206.332.1380
         Email: jmorrison@bakerlaw.com
7        Email: cbilanko@bakerlaw.com

8        James A. Kitces
         Taylore E. Karpa Schollard
9        ROBINS KAPLAN LLP
         800 Boylston Street, Suite 2500
10       Boston, MA 02199
         Phone: 617.267.2300
11       Email: jkitces@robinskaplan.com
         Email: tkarpa@robinskaplan.com
12
         Cari K. Dawson
13       Kara F. Kennedy
         ALSTON & BIRD LLP
14       1201 W. Peachtree St.
         Atlanta, GA 30309
15       Phone: 404.881.700
         Email: cari.dawson@alston.com
16       Email: kara.kennedy@alston.com

17       DATED this 19th day of September, 2022.

18

19                                              By:*/s/ Nicholas A. Thede*
                                                **Nicholas A. Thede, WSBA NO. 43765**
20                                              nick.thede@foremansturm.com

21

22

23

24

25

26

**STIPULATED MOTION FOR VOLUNTARY DISMISSAL**                    FOREMAN STURM & THEDE, LLP
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE**                  3519 NE 15th Avenue #489
**41(a)(1)(A)(ii) – Page 3**                                    Portland, Oregon 97212
**No.: 3:21-cv-05184-BHS**                                      Telephone: 503.206.5824